UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS MILLER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN PHARMACEUTICA PRODUCTS, L.P., and JOHNSON & JOHNSON,<br><br>    Defendants. | Case No. 05-cv-4076-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal of Defendant Johnson & Johnson (Doc. 4) pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) filed by plaintiff Dennis Miller. Rule 41(a)(1)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. However, Rule 41(a)(1)(i) is inapplicable in that it speaks only of dismissing "an action" and not dismissing one claim or one defendant. To remedy this deficiency, the Court construes the notice of dismissal as a motion to voluntarily dismiss without prejudice pursuant to Rule 41(a)(2) all claims in this case against defendant Johnson & Johnson. Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment or in the absence of a notice or stipulation of dismissal of the entire action. The Court hereby **GRANTS** the motion to dismiss (Doc. 4), **DISMISSES without prejudice** all claims in this case against defendant Johnson & Johnson, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Defendant Johnson & Johnson is terminated from this action.

**IT IS SO ORDERED.**
**DATED:  June 30, 2005**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**