IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS MILLER, *on behalf of himself and all others similarly situated,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:05-cv-4076-DRH |
| JANSSEN PHARMACEUTICA PRODUCTS, L.P., | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Motion to Amend Scheduling and Discovery Order filed by the parties on August 18, 2006 (Doc . 55). The motion is **GRANTED IN PART**. The presumptive trial date that the parties request would extend this case far beyond the normal 19 to 24 month range of Track D cases. Therefore, the attached Joint Report is accepted in part and is modified in part as follows:

1. Trial Experts shall be disclosed and report prepared by:

    a. Plaintiff's Expert(s): **April 2, 2007**

    b. Defendant's Expert(s): **June 2, 2007**

    c. Rebuttal Expert(s): **July 17, 2007**

2. Depositions of experts shall be taken as follows:

    a. Plaintiff's Expert(s): **August 1, 2007**

    b. Defendant's Expert(s): **August 1, 2007**

    c. Rebuttal Expert(s): **August 1, 2007**

**All discovery shall be completed by August 1, 2007. Dispositive motions shall be filed by**

**August 23, 2007**.

The Settlement Conference date is **RESET** to **July 2, 2007 at 9:00 a.m.**   The Final Pretrial Conference will be reset by the District Court.  The presumptive Trial Month is **RESET** to **December, 2007.**

**DATED: August 28, 2006**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DENNIS MILLER<br>  on behalf of himself and all others<br>  similarly situated,<br><br>           Plaintiff,<br>v.<br><br>JANSSEN PHARMACEUTICA<br>PRODUCTS, L.P.,<br><br>           Defendant. | No.   4:05-CV-4076-DRH |

**[PROPOSED] REVISED SCHEDULING AND DISCOVERY REPORT**
**(CLASS ACTION)**

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court.

Disclosures or discovery under Federal Rule of Civil Procedure 26(a) and SDIL-LR 26.1 are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Joint Stipulation of the Parties proposing extension of certain discovery deadlines by two months, the Court hereby approves and enters the Revised Scheduling and Discovery Order, replacing the Scheduling and Discovery Order dated February 27, 2006.

The Court orders as follows:

1.     Plaintiffs' depositions shall be taken by:  **September 21, 2006** (extended from July 24, 2006).

2. Defendants' depositions shall be taken by: **September 21, 2006** (extended from July 24, 2006).

3. Third Party actions must be commenced by: **September 21, 2006** (extended from August 21, 2006).

4. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

> Plaintiff(s)' expert(s): **September 21, 2006** (extended from August 21, 2006).
>
> Defendant(s)' expert(s): **September 21, 2006** (extended from August 21, 2006).

5. Depositions of Class Certification expert witnesses must be taken by:

> Plaintiff(s)' expert(s): **October 20, 2006** (extended from September 26, 2006).
>
> Defendant(s)' expert(s): **October 20, 2006** (extended from September 26, 2006).

6. Plaintiff(s)' Motion for Class Certification and Memorandum in Support shall be filed by **November 17, 2006** (extended from October 23, 2006) and shall not exceed the page limits found in SDIL-LR 7.1(d).

7. Defendant(s) Memorandum in Opposition to Class Certification shall be filed by **December 22, 2006** (extended from November 26, 2006) and shall not exceed the page limits found in SDIL-LR 7.1(d).

8. Plaintiff(s)' Reply Memorandum, if any, must be filed by **January 8, 2006** (extended from December 10, 2006) and shall not exceed the page limits found in SDIL-LR 7.1(d).  The parties are reminded that reply briefs are not favored.

9. A Class Certification hearing will be set before the trial judge and shall be as scheduled by the Court.

10. Expert witnesses for trial, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff(s)' expert(s):  **May 2, 2007** (extended from December 6, 2006),

Defendant(s)' expert(s):  **June 1, 2007** (extended from January 10, 2007),

Plaintiff(s)' rebuttal expert(s):  **June 29, 2007** (extended from February 7, 2007).

11. A settlement conference is set before Magistrate Judge Donald G. Wilkerson in accordance with SDIL-LR 16.3(b) on **July 2, 2007 at 9:00 a.m.** (extended from March 5, 2007).

12. Depositions of trial expert witnesses must be taken by:

Plaintiff(s)' expert(s):  **August 31, 2007** (extended from April 11, 2007),

Defendant(s)' expert(s):  **August 31, 2007** (extended from April 11, 2007),

Plaintiff(s)' rebuttal expert(s):  **August 31, 2007** (extended from April 11, 2007).

13. All discovery shall be completed by **September 28, 2007** (extended from May 9, 2007) (which date shall be no later than one hundred fifteen (115) days before the first day of the presumptive trial month). Any written interrogatories or request for production served after the date set out in the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

14. All dispositive motions shall be filed by **October 19, 2007** (extended from May 24, 2007) (which date shall be no later than one hundred (100) days before the first day of the presumptive trial month). Dispositive motions filed after this date <u>will not</u> be considered by the court.

15. A final pretrial conference is set for **January 14, 2008 at 9:30 a.m.** (extended from September 7, 2007) before the trial judge in accordance with SDIL-LR 16.2(b).

16. The trial date is **February 4, 2008 at 9:00 a.m.** (extended from September 24, 2007).