IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENNIS MILLER,**

**Plaintiff,**

**v.**

**JANSSEN PHARMACEUTICA PRODUCTS, L.P.,**

**Defendant.**                                                                 No. 05-CV-4076-DRH

### ORDER

**HERNDON, District Judge:**

       This matter comes before the Court for docket control.  On January 10, 2007, the Court allowed Defendant leave to file a response in opposition to Plaintiff's motion for class certification that was twenty-five (25) pages (Doc. 86).  On January 12, 2007, Defendant filed its response in opposition (Doc. 87).  A review of that pleading clearly reveals that Defendant did not abide by the Court's Order.  Thus, the Court **STRIKES** the Appendix (Attachments 3 & 4) to Defendant's response.

       **IT IS SO ORDERED.**

       Signed this 5th day of February, 2007.

       /s/         David    RHerndon
       **United States District Judge**