IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS MILLER,

Plaintiff,

v.

JANSSEN PHARMACEUTICA
PRODUCTS, L.P.,

Defendant.                                                  No. 05-CV-4076-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants' motion to strike new evidence and argument in Plaintiff's reply in support of his motion for class certification (Doc. 98). Specifically, Defendants contends that for the first time in Plaintiff's reply, Plaintiff argues that the proposed class is superior means of resolving putative class member's purported claims because individual lawsuits are not economically viable. Plaintiff opposes the motion contending that his reply did not raise new arguments but simply addressed new arguments raised by Defendants in their response. Said motion is **GRANTED**.

The Court finds that this is new evidence that Plaintiff raised for the first time in his reply brief. This issue could have initially been brought and briefed by Plaintiff in his memorandum in support of class certification. It would be unfair to the Defendants if the Court were to consider this evidence without allowing then an

opportunity to respond to the new evidence.

Accordingly, the Court **GRANTS** the motion to strike (Doc. 98). The Court **STRIKES** the new evidence submitted in Plaintiff's reply brief and the Cushing Affidavit.

**IT IS SO ORDERED.**

Signed this 20th day of April, 2007.

/s/      David   RHerndon
**United States District Judge**