IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS MILLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )    05-cv-4076-DRH |
| **JANSSEN PHARMACEUTICA** | ) |
| **PRODUCTS, L.P., and ALZA Corp.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on the Plaintiff's motion to amend the Scheduling and Discovery Order. The motion is **Granted**. The Court modifies that Scheduling and Discover Order as follows:

1. Expert witnesses for trial, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff's expert(s): **July 2, 2007** (extended from April 2, 2007),

    Defendants' expert(s): **August 1, 2007** (extended from June 2, 2007),

    Plaintiff's rebuttal expert(s): **August 17, 2007** (extended from July 17, 2007).

2   A settlement conference is set before Magistrate Judge Donald G. Wilkerson in accordance with SDIL-LR 16.3(b) on **August 31, 2007 at 9:00 a.m.** (extended from July 2, 2007).

3. Depositions of trial expert witnesses must be taken by:

Plaintiff's expert(s): **September 29, 2007** (extended from August 1, 2007),

Defendants' expert(s): **September 29, 2007** (extended from August 1, 2007), Plaintiff's rebuttal expert(s): **September 29, 2007** (extended from August 1, 2007).

4. All discovery shall be completed by **November 28, 2007** (extended from September 28, 2007) (which date shall be no later than one hundred fifteen (115) days before the first day of the presumptive trial month). Any written interrogatories or request for production served after the date set out in the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

5. All dispositive motions shall be filed by **December 19, 2007** (extended from October 19, 2007) (which date shall be no later than one hundred (100) days before the first day of the presumptive trial month). Dispositive motions filed after this date <u>will not</u> be considered by the court.

6. A final pretrial conference will be set at a later date before the trial judge in accordance with SDIL-LR 16.2(b).

7. The presumptive trial month is **April, 2008** (extended from February, 2008).

Date: May 14, 2007

/s/          David    RHerndon
UNITED STATES DISTRICT JUDGE