IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENNIS MILLER**,

**Plaintiff,**

**v.**

**JANSSEN PHARMACEUTICA
PRODUCTS, L.P., and
ALZA CORPORATION,**

**Defendants.** No. 05-4076DRH

### ORDER

**HERNDON, Chief Judge:**

On December 11, 2008, the parties filed a stipulation of dismissal with prejudice (Doc. 129). The Court **ACKNOWLEDGES** the stipulation of dismissal with prejudice and **DISMISSES with prejudice** Miller's claims against Janssen Pharmaceutica Products, L.P. and Alza Corporation. No judgment will enter as the case against Johnson & Johnson was dismissed without prejudice. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of December, 2008.

/s/ *David R Herndon*

**Chief Judge
United States District Court**